FILED

NOT FOR PUBLICATION

NOV 03 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

SALVADOR HIGAREDA-SEGURA,
a.k.a. Salvador Higarera-Segura,

Defendant-Appellant.

No.    15-50517

D.C. No. 3:15-cr-00993-AJB

MEMORANDUM[*]

Appeal from the United States District Court
for the Southern District of California
Anthony J. Battaglia, District Judge, Presiding

Submitted October 25, 2016[**]

Before:    LEAVY, SILVERMAN, and GRABER, Circuit Judges.

Salvador Higareda-Segura appeals from the district court's judgment and

challenges his guilty-plea conviction and 18-month sentence for attempted reentry

of a removed alien, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v.*

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Higareda-Segura's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Higareda-Segura the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Higareda-Segura waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**